Name **Antonio Martinez** Jr.
Street Address **295 W. Cleveland Ave Apt. D**
City and County **Porterville, Tulare**
State and Zip Code **Ca. 93257**
Telephone Number **559-793-1323**

FILED

SEP 07 2022

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTONIO MARTINEZ Jr

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

BRUCE P.
TONY L.
MARIO

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Complaint for a Civil Case

Case No. **1:22CV01134 AWISKO**
*(to be filled in by the Clerk's Office)*

Jury Trial:    ☐ Yes   ☐ No
               *(check one)*

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: ANTONIO MARTINEZ JR
Street Address: 295 W. CLEVELAND AVE APT D
City and County: PORTERVILLE, TULARE
State and Zip Code: CA, 93257
Telephone Number: 559-793-1323

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1
Name: BRUCE P
Job or Title (if known): OWNER - PORTERVILLE CITRUS
Street Address: 9289 CLEMENS RD.
City and County: TERRA BELLA, TULARE
State and Zip Code: CA, 93270
Telephone Number: 559-535-2200

Defendant No. 2
Name: TONY L
Job or Title (if known): OWNER - PORTERVILLE CITRUS
Street Address: 9289 CLEMENS RD.
City and County: TERRA BELLA, TULARE
State and Zip Code: CA, 93270
Telephone Number: 559-535-2200

Defendant No. 3

Name: MARIO
Job or Title (if known): SUPERVISOR, PORTERVILLE CITRUS
Street Address: 9289 CLEMEWS RD.
City and County: TERRA BELLA, TULARE
State and Zip Code: CA., 93270
Telephone Number: 559-535-2200

Defendant No. 4

Name: PORTERVILLE CITRUS INC
Job or Title (if known):
Street Address:
City and County:
State and Zip Code:
Telephone Number:

II. **Basis for Jurisdiction**

Federal Courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in Federal Court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same state as any plaintiff.

What is the basis for Federal Court jurisdiction? *(check all that apply)*

☒ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.  **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

(850) SECURITIES / COMMODITIES EXCHANGE

_____
_____

B.  **If the Basis for Jurisdiction Is Diversity of Citizenship**

1.  The Plaintiff(s)

    a.  If the plaintiff is an individual

        The plaintiff, *(name)* ANTONIO MARTINEZ, is a citizen of the State of *(name)* CALIFORNIA.

    b.  If the plaintiff is a corporation

        The plaintiff, *(name)* NO, is incorporated under the laws of the State of *(name)* NO, and has its principal place of business in the State of *(name)* NO.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.  The Defendant(s)

    a.  If the defendant is an individual

        The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

HE TOLD ME WHAT'S IT GOING TO BE I LABEL IT AND HE DID ANOTHER THAT'S NOT ON THE LABEL

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

STATE THAT PORTERVILLE CITRUS INC. SALES DEPT. TELLS THE SUPERVISORS TO MIX THE PRODUCT FOR SUNKIST TO COMPLETE THEIR SALES ORDER. THIS IS HOW, ATTACH CLAIM COMPLAINT AND SANDISK VIDEO, PERIODIC,

IV.  Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I PROGRAM COMPUTER PRINTER FOR LABELS AT PORTERVILLE CITRUS INC AND IS CONTINUING TO MAKE BRAND NAMES PRODUCTS THAT DO NOT HAVE THE CORRECT CONTENT. LABELS I DONE PRECISELY SEEK PUNITIVE MONEY DAMAGES $950,000.00¢

V.  **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 9-7, 2022

Signature of Plaintiff  _____ PRO SE
Printed Name of Plaintiff  ANTONIO MARTINEZ JR.

6

1  Your Name    Antonio Martinez Jr.    (PRO SE)
2  Address  295 W. Cleveland Ave Apt. D
3  City, State, Zip Code   Porterville, Ca. 93257
4  Telephone Number    559-793-1323
5
6              IN THE UNITED STATES DISTRICT COURT
7                 EASTERN DISTRICT OF CALIFORNIA
8  Your Name,  Antonio Martinez Jr.   (PRO SE)
9          Plaintiff,
10 vs.                           No.
11 Defendants in the Complaint,
12         Defendant(s).              COMPLAINT
13 PORTERVILLE CITRUS INC.,

14                   MAKING THESE PRODUCTS TULIP SKCHOICE
15 LEMONS SIZE200 AND MUTT CALIFORNIA LEMONS SIZE200 I EXPECTED
16 MARIO TO USE SK-CHOICE LEMONS FOR PRODUCT TULIP, AND THE OTHER
17 PRODUCT STANDARD LEMONS FOR MUTT CALIFORNIA LEMONS, REQUIRE.
18                   INSTEAD PORTERVILLE CITRUS INC. USED
19 THE SAME CITRUS VARIETY OF LEMONS AT THE SAME TIME FOR BOTH
20 PRODUCTS SIDE BY SIDE IN THE MACHINE FOR THE BOXES THIS IS
21 WRONG. I FELT IT, HUMILIATED ME, YOU DO NOT CARE, I TALK TO
22 COMPANY PERSONAL AND THEY SAY WE DO THIS OFF AND ON.
23                   PORTERVILLE CITRUS INC. NEEDS TO
24 STOP DOING THIS KIND OF BUSINESS, DOMESTIC-ALLY AND
25 INTERNATIONALLY AND TO EACH OF THESE PRODUCTS THAT TAKES LABEL
26 I PROGRAM TO PRINT CHOICE FOR GRADE VARIETY PRODUCT BRAND

NAME TULIP SK-LEMONS, And the other Label PRINTING STANDARD for Grade Variety PRODUCT BRAND NAME MUTT CALIFORNIA LEMONS.

COMPANY needs to be ACCURATE with the LABELS UNDER STATE AND FEDERAL LAW, for SELLING And SHIPPING IT, AND your NOT getting what you are PAYING for, ( CONTENT ) this is HARMFUL, that Hurts ME, they do not FOLLOW THE RULE OF LAW, PROCESSING PRODUCTS.

( EVIDENCE ), I have VIDEOS, your ACTS of Making these PRODUCTS WRONG, ( CONTENTS )

This Occur On, 11-20-19 a SERIOUS IRRESPONSIBLE WILLFUL MISCONDUCT, INTENTIONAL, DELIBERATELY, a Violation of a Law or Laws.

(STATE) - WRONGFUL BREACH, STATE AND FEDERAL COMPILANCE WHICH RELIEF BE OBTAINED IN THE FORM OF DAMAGES, (PERIODIC) (TORT). UNFIT COMPANY.

SIGN _____ ( PRO-SE )
PRINT ANTONIO MARTINEZ JR
DATE 9-7-22

SECURE VIDEO FRAME H-4 (SANDISK) H

I WOULD HAVE NOT VIDEO TAPE THIS IF YOU WERE HONEST, INSTEAD YOU LIED TO ME, MY REPUTATION.

ASKING FOR FILING FEES $402.00



