## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**ANTONIO MARTINEZ JR.,**

CASE NO: **1:22–CV–01134–JLT–SKO**

v.

**BRUCE P., ET AL.,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 8/24/2023**

                **Keith Holland**
                Clerk of Court

ENTERED: **August 24, 2023**

by: /s/ C. Marrujo
                Deputy Clerk